**Althea Gibb HUNTER et al., as Executors of Florence Althea Gibb, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 108, Docket 20471.**

Circuit Court of Appeals, Second Circuit.

April 23, 1948.

Whitney North Seymour, and Francis J. Rogers, both of New York City (Courtland Kelsey, Leslie M. Rapp, and Richard D. Duncan, all of New York City, of counsel), for petitioner.

George A. Stinson, of Washington, D. C., Theron Lamar Caudle, Asst. Atty. Gen., Sewall Key and Melva M. Graney, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Fidelity–Philadelphia Trust Co. v. Rothensies, 324 U.S. 108, 65 S.Ct. 508, 89 L.Ed. 783, 159 A.L.R. 227, and Commissioner v. Estate of Bayne, 2 Cir., 155 F.2d 475.

**Walter UZICH, Appellant, v. E. & G. BROOKE IRON COMPANY and A. E. Anderson Construction Corporation.**

**No. 9513.**

Circuit Court of Appeals, Third Circuit.

Argued March 1, 1948.

Decided April 5, 1948.

Samuel Polsky, of Philadelphia, Pa. (Thomas Z. Minehart, M. Alan Banks and Maurice A. Bank, all of Philadelphia, Pa., on the brief), for appellant.

Raymond A. White, Jr., of Philadelphia, Pa., for appellees.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The circumstances of this case are indeed unusual. They compel the conclusion that the court below did not err in giving judgment for the defendant under Rule 50(b), Federal Rules of Civil Procedure, 28 U.S.C.A. following section 723c. Accordingly the judgment will be affirmed.

**Rea E. WARNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 202, Docket 20797.**

Circuit Court of Appeals, Second Circuit.

April 23, 1948.

Theodore R. Kupferman, and Stanleigh P. Friedman, both of New York City (Stanleigh P. Friedman, of New York City, of counsel), for the petitioner.

S. Dee Hanson, of Washington, D.C., Theron LaMar Caudle, Asst. Atty. Gen. and Sewall Key, and Robert N. Anderson, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Rumsey v. Commissioner, 2 Cir., 82 F.2d 158, and Schmidlapp v. Commissioner, 2 Cir., 96 F. 2d 680.